UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARKADY KRUGLIAK, et al., | No. 2:25-cv-02843-CKD |
| Plaintiffs, | |
| v. | ORDER |
| STATE FARM GENERAL INSURANCE COMPANY, | |
| Defendant. | |

This action was removed to federal court on September 30, 2025. The parties have filed a joint status report. (ECF No. 6.) Pursuant to the parties' stipulation (ECF No. 7), this action is referred to the Voluntary Dispute Resolution Program ("VDRP"). The Clerk of Court is directed to serve a copy of this order on the court's VDRP coordinator.

Dated: November 26, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/krug2843.vdrp

1